PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Trans. Court)*
3:01CR-34-6-JBC

DOCKET NUMBER *(Rec. Court)*
04-20065-01

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mr. Eric Felix<br>830 John Street<br>Danville, Illinois 61832 | Western Kentucky | Louisville |
| | NAME OF SENTENCING JUDGE<br>Jennifer B. Coffman, U.S. District Judge | |
| | DATES OF SUPERVISED RELEASE: | FROM: 09-24-2004    TO: 09-23-2009 |

OFFENSE

Conspiracy to Distribute Cocaine, 21 U.S.C. 846

FILED
NOV 0 5 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __WESTERN__ DISTRICT OF __KENTUCKY__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Central District of Illinois__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/26/04
Date

s/Jennifer B. Coffman
JENNIFER B. COFFMAN
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __CENTRAL__ DISTRICT OF __ILLINOIS__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/5/04
Effective Date

s/Michael P. McCuskey
UNITED STATES DISTRICT JUDGE