
E-FILED
Monday, 08 November, 2004  12:20:04 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

November 8, 2004

M Jeffrey A. Apperson
Clerk U.S. District Court
450 Gene Snyder U. S. Courthouse
601 W Broadway
Louisville, KY 40202

RE:  UNITED STATES OF AMERICA vs. ERIC FELIX
     WD/KY # 3:01CR-34-6-JBC
     CD/IL #2:04cr-20065-MPM-DGB

Dear Mr. Apperson:

Enclosed please find a certified copy of the Transfer of Jurisdiction Order entered November 5, 2004, with regard to the above-referenced case. We have assigned case number **2:04cr-20065-MPM-DGB** to our file.

Please send certified copies of Indictment, Judgment and docket sheet. Also please send any financial records including ledger sheets.

Thank you very much for you assistance in this matter and feel free to contact the undersigned should you have any questions.

Sincerely yours,
s/John M. Waters
CLERK, U. S. DISTRICT COURT

s/V. Ball
Deputy Clerk

JMW/vlb
Enclosure
cc: AUSA/USPO/USMS