E-FILED
Tuesday, 16 November, 2004  04:01:15 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OFFICE OF THE CLERK**
**UNITED STATES COURTHOUSE**
**601 WEST BROADWAY**
**LOUISVILLE, KENTUCKY 40202**
**(502) 625-3500**

**Jeffrey A. Apperson**                                    **William W. Clark**
**Clerk of Court**                                         **Chief Deputy Clerk**

November 11, 2004

**RECEIVED**

Clerk, United States District Court

NOV 15 2004

Central District of Illinois
Urbana Division                          JOHM M. WATERS, Clerk
218 U.S. Courthouse                          U.S. DISTRICT COURT
201 S. Vine Street                       CENTRAL DISTRICT OF ILLINOIS
Urbana, IL 61802

              Re:    Eric Felix
                     Our No.: 3:01CR-34-6-C
                     Your No.: 04-20065-01

Dear Clerk:

Enclosed are certified copies of papers on file in this district for the above-named defendant whose
request for transfer of jurisdiction has been accepted by your court:

              Indictment/Information
              Judgment & Commitment Order
              Conditions of Probation
              Transfer of Jurisdiction-Form 22

                            Very truly yours,

                            JEFFREY A. APPERSON, CLERK

                            By:
                                  Deputy Clerk

/sdb
Enclosures
cc:    United States Attorney
       United States Probation
       Probation Office, CDIL

| PROB 22 (Rev. 2/88) | FILED JS US DISTRICT COURT CLERK WESTERN DISTRICT OF KY | DOCKET NUMBER *(Trans. Court)* 3:01CR-34-6-JBC |
|---|---|---|
| **TRANSFER OF JURISDICTION** 04 NOV 10 AM II: 48 | | DOCKET NUMBER *(Rec. Court)* 04-20065-01 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT Western Kentucky | DIVISION Louisville |
|---|---|---|
| Mr. Eric Felix 830 John Street Danville, Illinois 61832 | NAME OF SENTENCING JUDGE Jennifer B. Coffman, U.S. District Judge | |
| | DATES OF SUPERVISED RELEASE: | FROM 09-24-2004 | TO 09-23-2009 |

| OFFENSE |
|---|
| Conspiracy to Distribute Cocaine, 21 U.S.C. 846 |

FILED

NOV 05 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

---

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  WESTERN  DISTRICT OF  KENTUCKY

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_10/26/04_
Date

_Jennifer B. Coffman_
JENNIFER B. COFFMAN
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  CENTRAL  DISTRICT OF  ILLINOIS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_11/05/04_
Effective Date

s/Michael P. McCuskey
UNITED STATES DISTRICT JUDGE

CERTIFIED
U. S. DISTRICT COURT
LOUISVILLE, KY.
DATE 11/11/04
BY_____
Deputy Clerk

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY: s/V. Ball
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 11 8 04

**FILED**
JEFFREY A. APPERSON, CLERK

**APR 0 2 2001**

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

SUPERSEDING INDICTMENT

v.

NO.    3:01CR-34-C
       21 U.S.C. § 846
       21 U.S.C. § 841(a)(1)
       18 U.S.C. § 2
       21 U.S.C. § 853

**JOYCE VICTORIA SMITH**
**ADRIAN ALSTON**
**DUANE TONY GARRISON**
**CLYDIA D. CLARK**
**DEEKEISHA ROSE**
**ERIC FELIX**

The Grand Jury charges:

## COUNT 1

From in or about and between January 1999, and February 2001,
the exact dates being unknown to the Grand Jury, in the Western
District of Kentucky, Jefferson County, Kentucky, and elsewhere,
**JOYCE VICTORIA SMITH, ADRIAN ALSTON, DUANE TONY GARRISON, CLYDIA D.**
**CLARK, DEEKEISHA ROSE,** and **ERIC FELIX,** defendants herein, did
knowingly conspire with each other and with other persons, known
and unknown to the Grand Jury, to possess with intent to distribute
and distribute five kilograms or more of cocaine, a Schedule II
controlled substance, as defined by Title 21, United States Code,
Section 812.

In violation of Title 21, United States Code, Section 846.

1

CERTIFIED
U. S. DISTRICT COURT -
LOUISVILLE, KY.
DATE:
BY:
Deputy Clerk

The Grand Jury further charges:

## COUNT 2

On or about September 13, 2000, in the Western District of Kentucky, Jefferson County, Kentucky, **JOYCE VICTORIA SMITH** and **CLYDIA D. CLARK**, defendants herein, each aided and abetted by the other and other persons known and unknown to the Grand Jury, knowingly and intentionally possessed with intent to distribute and distributed 500 grams or more of cocaine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 3

On or about October 16, 2000, in the Western District of Kentucky, Jefferson County, Kentucky, **JOYCE VICTORIA SMITH**, defendant herein, aided and abetted by other persons, known and unknown to the Grand Jury, knowingly and intentionally possessed with intent to distribute approximately 112 grams of cocaine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

2

The Grand Jury further charges:

## COUNT 4

On or about December 9, 2000, in the Western District of Kentucky, Jefferson County, Kentucky, **JOYCE VICTORIA SMITH** and **DUANE TONY GARRISON**, defendants herein, aided and abetted by each other and other persons, known and unknown to the Grand Jury, knowingly and intentionally possessed with intent to distribute approximately 500 grams or more of cocaine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 5

On or about December 9, 2000, in the Western District of Kentucky, Jefferson County, Kentucky, **JOYCE VICTORIA SMITH** and **DUANE TONY GARRISON**, defendants herein, aided and abetted by each other and other persons, known and unknown to the Grand Jury, knowingly and intentionally possessed with intent to distribute approximately 50 grams or more of cocaine base, known as "crack," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

3

In violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges:

## COUNT 6

On or about December 15 2000, in the Western District of Kentucky, Jefferson County, Kentucky, **JOYCE VICTORIA SMITH**, defendant herein, aided and abetted by other persons, known and unknown to the Grand Jury, knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 7

On or about December 15 2000, in the Western District of Kentucky, Jefferson County, Kentucky, **DUANE TONY GARRISON**, defendant herein, aided and abetted by other persons, known and unknown to the Grand Jury, knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

4

The Grand Jury further charges:

## COUNT 8

### FORFEITURE COUNT

The allegations contained in Counts 1 through 6 of this Indictment, inclusive, are hereby realleged and incorporated by reference herein, for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

As a result of the offenses charged in Counts 1 through 6 of this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **JOYCE VICTORIA SMITH** shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds said defendant obtained, directly or indirectly, as a result of said offenses; and any and all of defendant's property used, or intended to be used, in any manner or part, to commit, and to facilitate the commission of, the violations alleged in Counts 1 through 6 of this Indictment, including but not limited to the following:

A. Personal Property:

> 1990 Jaguar automobile VIN SAJHV1643JC528640
> $6,970.00 in United States Currency
> Assorted Jewelry valued at $18,070.00

If any of the above-described forfeitable property, as a result of any act or omission of the defendant, **JOYCE VICTORIA SMITH:**

5

(1)  cannot be located upon the exercise of due diligence;

(2)  has been transferred or sold to, or deposited with, a third party;

(3)  has been placed beyond the jurisdiction of the court;

(4)  has been substantially diminished in value; or

(5)  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property.

A TRUE BILL.

_____
FOREPERSON

_____
STEVEN S. REED
UNITED STATES ATTORNEY

SSR:PCC:sch:010228

6

UNITED STATES OF AMERICA v.   CE VICTORIA SMITH, ET AL.

## P E N A L T I E S

```
Count 1:  NL 10 yrs./Life/$4,000,000/NL 5 yrs. Supervised Release
Count 2:  NL  5 yrs./NM 40 yrs./$2,000,000/NL 4 yrs. Supervised Release
Count 3:  NM 20 yrs./$1,000,000/NL 3 yrs. Supervised Release
Count 4:  NL  5 yrs./NM 40 yrs./$2,000,000/NL 4 yrs. Supervised Release
Count 5:  NL 10 yrs./Life/$4,000,000/NL 5 yrs. Supervised Release
Count 6:  NM 20 yrs./$1,000,000/NL 3 yrs. Supervised Release
Count 7:  NM 20 yrs./$1,000,000/NL 3 yrs. Supervised Release
Count 8:  Forfeiture
```

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

### SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:  $ 25 per count/individual          Felony:  $100 per count/individual
              $125 per count/other                        $400 per count/other

### FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule.  You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.  18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1.  **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.  This rate changes monthly.  Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2.  Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.  Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.  18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.    That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.    Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:        Clerk, U.S. District Court
                   106 Gene Snyder U.S. Courthouse
                   601 West Broadway
                   Louisville, KY  40202
                   502/625-3500

BOWLING GREEN:     Clerk, U.S. District Court
                   120 Federal Building
                   241 East Main Street
                   Bowling Green, KY  42101
                   270/781-1110

OWENSBORO:         Clerk, U.S. District Court
                   126 Federal Building
                   423 Frederica
                   Owensboro, KY  42301
                   270/683-0221

PADUCAH:           Clerk, U.S. District Court
                   127 Federal Building
                   501 Broadway
                   Paducah, KY  42001
                   270/443-1337

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

Revised 03/2000

FORM DBD-34
JUN 85

No. 3:01 CR-34-C

# UNITED STATES DISTRICT COURT

Western District of Kentucky

Louisville Division

## THE UNITED STATES OF AMERICA

*vs.*

JOYCE VICTORIA SMITH; ADRIAN ALSTON;
CLYDIA D. CLARK; DEEKEISHA ROSE; and ERIC FELIX

## SUPERSEDING INDICTMENT

**Title 21, U.S.C., §§ 846, 841(a)(1), & 853**

**Title 18, U.S.C., § 2**

**Conspiracy to Possess With Intent to Distribute
Cocaine; Possession With Intent to Distribute
Cocaine and Cocaine Base; Forfeiture**

*A true bill.*

_____
                                    *Foreman*

*Filed in open court this* 2nd *day,*
*of* April A.D. 2001.

_____
                                    *Clerk*

*Bail, $*

FILED

JEFFREY A. APPERSON, CLERK

APR 0 2 2001

U.S. DISTRICT COURT
WESTN. DIST. KENTUCKY



PROB 7A
Rev. 9/00)

**Conditions of Probation and Supervised Release**

**UNITED STATES DISTRICT COURT**

**FOR THE**

WESTERN DISTRICT OF KENTUCKY

To____ERIC FELIX____                        Docket No._3:01CR-34-06-C_

Address__830 JOHN STREET , DANVILLE, IL 61832__

Under the terms of this sentence, the defendant has been placed on supervised release by the Honorable

Jennifer B. Coffman, United States District Judge for the Western District of Kentucky. The defendant's term

of supervision is for a period of 4 years (~~~~~~~) , commencing immediately upon release from

imprisonment.

>        While on supervised release, the defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance.

>        If the judgment imposed a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with any schedule of payments set forth in the Criminal Monetary Penalties sheet of the judgment. In any case, the defendant should cooperate with the probation officer in meeting any financial obligations.

>        The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons (supervised release cases only).

[X]        The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

>        **For offenses committed on or after September 13, 1994:**

>        The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment or placement on probation and at least two periodic drug tests thereafter.

[]        The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

**It is the order of the Court that the defendant shall comply with the following standard conditions:**

>        (1)        The defendant shall not leave the judicial district without the permission of the court or probation officer;

>        (2)        The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

>        (3)        The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

>        (4)        The defendant shall support his or her dependents and meet other family responsibilities;

(5)     The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

(6)     The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

(7)     The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician;

(8)     The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

(9)     The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

(10)    The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

(11)    The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

(12)    The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

(13)    As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

**The special conditions ordered by the Court are as follows:**

(14)    The defendant shall participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency, which will include testing for the detection of substance use or abuse.


Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____     _____
                    Defendant                    Date   2/19/02

**ADDRESS:**

U.S. Probation Office
400 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, KY 40202-2277
502-681-1000

_____     _____
U.S. Probation Officer/Designated Witness      Date   2/19/02

AO 245B (8/96) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT

WESTERN _____ DISTRICT OF _____ KENTUCKY

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |

ERIC FELIX

Case Number:    3:1-CR-34-6-JBC

Barry Trifiletti
_____
Defendant's Attorney
Counsel for U.S.: Philip Chance, Asst. U.S. Atty

**THE DEFENDANT:**                        Court Reporter: Peggy Weber

X  pleaded guilty to count(s)  1 of the Superseding Indictment on 10/15/01 pursuant to Rule 11(e)(1)(B) of the plea agreement

☐  pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐  was found guilty on count(s) _____
after a plea of not guilty.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC § 846 | Conspiracy to Possess With Intent to Distribute Cocaine | 2-0-01 | 1 |

The defendant is sentenced as provided in pages 2 through    6    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has been found not guilty on count(s) _____

☐  Count(s) _____  ☐ is  ☐ are  dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec.        2857

Defendant's Date of          -67

Defendant's USM No.:    12083-026

Defendant's Residence Address:

February 19, 2002
_____
Date of Imposition of Judgment

_____
Signature of Judicial Officer

Danville, Kentucky

Jennifer B. Coffman, United States District Judge
Name and Title of Judicial Officer

2/28/02
_____
Date

Defendant's Mailing Address:

Same

CERTIFIED
U. S. DISTRICT COURT
LOUISVILLE, KY.
DATE:
BY:
Deputy Clerk

ENTERED

MAR 0 4 2002

JEFFREY A. APPERSON, CLERK
BY: _____ DEPUTY CLERK

AO 245B    (8/96) Sheet 2—Imprisonment

Judgment — Page  2    of    6

DEFENDANT:            Eric Felix
CASE NUMBER:         3:1-CR-34-6-JBC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of        60 months as to Count 1 of the Superseding Indictment

☐    The court makes the following recommendations to the Bureau of Prisons:

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at    _____ ☐    a.    ☐    p.m.    on    _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on    _____

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on    _____    to    _____

at    _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By    _____
Deputy U.S. Marshal

AO 245B    (8/96) Judgment in a Criminal Case
Sheet 2 — Reverse — Imprisonment

Judgment—Page    of

DEFENDANT:
CASE NUMBER:

AO 245B    (8/96) Sheet 3—Supervised Release

DEFENDANT:    Eric Felix
CASE NUMBER:    3:1-CR-34-6-JBC

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of    5 years as Count 1 of the
Superseding Indictment

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994*:

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐    The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X    The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (8/96) Judgment in a Criminal Case
        Sheet 3 — Reverse — Supervised Release

AO 245B    (6/99) Judgment in a Criminal Ca
Sheet 3 — Continued 2 — Supervised Release

Judgment—Page    4    of    6

DEFENDANT:        Eric Felix
CASE NUMBER:    3:1-CR-34-6-JBC

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall participate in a program approved by the U.S. Probation office for treatment of narcotic addiction or drug or alcohol dependency, which will include testing for the detection of substance use or abuse.

The defendant shall refrain from the use of alcohol.

AO 245B   (8/96) Sheet 5, Part A—Criminal Monetary Penalties

Judgment — Page   5   of   6

DEFENDANT:   Eric Felix
CASE NUMBER:   3:1-CR-34-6-JBC

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **Totals:** | $ 100.00 | $ | $ |

☐   If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . . . . . . . .   $ _____

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of $   $_____ .

The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).  All of the options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐   The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

☐   The interest requirement is waived.

☐   The interest requirement is modified as follows:

## RESTITUTION

☐   The determination of restitution is deferred until _____ .  An Amended Judgment in a Criminal Case will be entered after such determination.

☐   The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| **Totals:** | $ _____ | $ _____ | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B    (8/96) Sheet 5, Part B—Criminal N.    ary Penalties

DEFENDANT:    Eric Felix
CASE NUMBER:    3:1-CR-34-6-JBC

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A    X    In full immediately; or

B    ☐    $ _____ immediately, balance due (in accordance with C, D, or E); or

C    ☐    not later than _____ ; or

D    ☐    in installments to commence _____ days after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E    ☐    in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ year(s) to commence _____ days after the date of this judgment.

The defendant will be credited for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:
Payment to be made to:
United States District Court Clerk
601 W. Broadway
Louisville, Kentucky 40202-2277

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States attorney.

**CLOSED, SUBJBC**

# U.S. District Court
## Western District of Kentucky (Louisville)
## CRIMINAL DOCKET FOR CASE #: 3:01-cr-00034-JBC-CCG-ALL
### Internal Use Only

**Case title:** USA v. Smith, et al
**Other court case number(s):** INTERIN, 1:01-mj-06018
0753
**Magistrate judge case number(s):** None

**Date Filed:** 03/05/01

---

**Assigned to:** Judge Jennifer B.
Coffman
**Referred to:** Magistrate Judge C.
Cleveland Gambill

### Defendant(s)
------------------------

**Joyce Victoria Smith** (1)
*TERMINATED: 04/22/2002*

represented by **Kevin M. Schad**
Schad & Cook
8240 Beckett Park Drive
Indian Springs, OH 45011
513-870-4980
Fax : 513-870-4984
Email: kevinschad@yourattorneys.net
*TERMINATED: 04/22/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Mark D. Chandler**
730 W MAIN ST
200 HART BLOCK BUILDING
LOUISVILLE, KY 40202
502-589-6190
Fax : 584-1744
*TERMINATED: 02/26/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

**Disposition**

----------------------                          ----------------

| | |
|---|---|
| 21:846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE (COCAINE) (1s) | Imprisonment 135 months (concurr); Supervised Release 5 years (concurr); SPA $500 |
| 21:841(a)(1); 18:2 POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (COCAINE); AID & ABET (2s) | Imprisonment 135 months (concurr); Supervised Release 5 years (concurr); SPA $500 |
| 21:841(a)(1); 18:2 POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (COCAINE); AID & ABET (3s) | Imprisonment 135 months (concurr); Supervised Release 5 years (concurr); SPA $500 |
| 21:841(a)(1); 18:2 POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (COCAINE); AID & ABET (4s) | Imprisonment 135 months (concurr); Supervised Release 5 years (concurr); SPA $500 |
| 21:841(a)(1); 18:2 POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (COCAINE); AID & ABET (6s) | Imprisonment 135 months (concurr); Supervised Release 5 years (concurr); SPA $500 |
| 21:853(p) CRIMINAL FORFEITURES (8s) | Imprisonment 135 months (concurr); Supervised Release 5 years (concurr); SPA $500 |

**Highest Offense Level (Opening)**

---------------------------------------

Felony

**Terminated Counts**                          **Disposition**

---------------------------                    ----------------

| | |
|---|---|
| 21:846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE (COCAINE) (1) | dismissed |

21:841(a)(1); 18:2 CONTROLLED
SUBSTANCE (COCAINE) - POSSESS
WITH INTENT TO DISTRIBUTE;                    dismissed
AID & ABET
(2)

21:841(a)(1) CONTROLLED
SUBSTANCE (COCAINE) - POSSESS
WITH INTENT TO DISTRIBUTE                     dismissed
(3)

21:841(a)(1); 18:2 CONTROLLED
SUBSTANCE (COCAINE) - POSSESS
WITH INTENT TO DISTRIBUTE;                    dismissed
AID & ABET
(4)

21:841A(a)(1) CONTROLLED
SUBSTANCE (CRACK COCAINE) -
POSSESS WITH INTENT                           dismissed
DISTRIBUTE; AID & ABET
(5)

21:841(a)(1) POSSESS WITH INTENT
TO DISTRIBUTE A CONTROLLED
SUBSTANCE (CRACK COCAINE)                     dismissed
(5s)

21:841(a)(1) CONTROLLED
SUBSTANCE (COCAINE) - POSSESS
WITH INTENT TO DISTRIBUTE                     dismissed
(6)

21:853 CRIMINAL FORFEITURES                   dismissed
(8)


**Highest Offense Level (Terminated)**
--------------------------------------------

Felony


**Complaints**                                **Disposition**
----------------                              ----------------

None

---

**Assigned to:** Judge Jennifer B.
Coffman

**Referred to:** Magistrate Judge C.
Cleveland Gambill

**Adrian Alston** (2)                    represented by    **Federal Defender**
*TERMINATED: 02/27/2002*                                  Western Kentucky Federal Community
                                                          Defender, Inc.
                                                          629 Fourth Avenue
                                                          200 Theatre Building
                                                          Louisville, KY 40202
                                                          502-584-0525
                                                          Fax : 584-2808
                                                          *TERMINATED: 02/27/2002*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Public Defender or*
                                                          *Community Defender Appointment*

                                                          **Scott A. Wilson**
                                                          730 W MAIN ST
                                                          200 HART BLOCK BUILDING
                                                          LOUISVILLE, KY 40202
                                                          502-589-6190
                                                          Fax : 584-1744
                                                          *TERMINATED: 04/12/2001*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Retained*

**Pending Counts**                                        **Disposition**
---------------------                                     ----------------

None

**Highest Offense Level (Opening)**
----------------------------------------

None

**Terminated Counts**                                     **Disposition**
----------------------------                              ----------------

21:846 CONSPIRACY TO POSSESS
WITH INTENT TO DISTRIBUTE
CONTROLLED SUBSTANCE                                      dismissed
(COCAINE)
(1)

21:846 CONSPIRACY TO POSSESS
WITH INTENT TO DISTRIBUTE
CONTROLLED SUBSTANCE                        dismissed
(COCAINE)
(1s)


## Highest Offense Level (Terminated)

-------------------------------------------

Felony


## Complaints                              ## Disposition

----------------                          ----------------

None

---

**Assigned to:** Judge Jennifer B.
Coffman
**Referred to:** Magistrate Judge C.
Cleveland Gambill

**Duane Tony Garrison** (3)          represented by   **Michael A. Unger**
*TERMINATED: 04/22/2002*                              2802 W. 26th Street
                                                      Chicago, IL 60623
                                                      773-523-3800
                                                      Fax : 523-9315
                                                      *TERMINATED: 04/22/2002*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Retained*


## Pending Counts                          ## Disposition

----------------------                     ----------------

21:846 CONSPIRACY TO POSSESS               Imprisonment 130 months (concurr);
WITH INTENT TO DISTRIBUTE                  Supervised Release 5 years as to each of
CONTROLLED SUBSTANCE                       Counts 1s, 4s and 5s and 3s years as to
(COCAINE)                                  Count 7s (concurr) for a total term of 5
(1s)                                       years; SPA $400

21:841(a)(1); 18:2 POSSESS WITH            Imprisonment 130 months (concurr);
INTENT TO DISTRIBUTE A                     Supervised Release 5 years as to each of
CONTROLLED SUBSTANCE                       Counts 1s, 4s and 5s and 3s years as to
(COCAINE); AID & ABET                      Count 7s (concurr) for a total term of 5
(4s)                                       years; SPA $400

| | |
|---|---|
| 21:841(a)(1) POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (CRACK COCAINE) (5s) | Imprisonment 130 months (concurr); Supervised Release 5 years as to each of Counts 1s, 4s and 5s and 3s years as to Count 7s (concurr) for a total term of 5 years; SPA $400 |
| 21:841(a)(1); 18:2 POSSESS WITH INTENT TO DISTRIBUTE COCAINE; AID AND ABET (7s) | Imprisonment 130 months (concurr); Supervised Release 5 years as to each of Counts 1s, 4s and 5s and 3s years as to Count 7s (concurr) for a total term of 5 years; SPA $400 |

**Highest Offense Level (Opening)**
----------------------------------------

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE (COCAINE) (1) | dismissed |
| 21:841(a)(1); 18:2 CONTROLLED SUBSTANCE (COCAINE) - POSSESS WITH INTENT TO DISTRIBUTE; AID & ABET (4) | dismissed |
| 21:841A(a)(1) CONTROLLED SUBSTANCE (CRACK COCAINE) - POSSESS WITH INTENT DISTRIBUTE; AID & ABET (5) | dismissed |
| 21:841(a)(1) CONTROLLED SUBSTANCE (COCAINE) - POSSESS WITH INTENT TO DISTRIBUTE (7) | dismissed |

**Highest Offense Level (Terminated)**
-----------------------------------------------

Felony

**Complaints**
----------------

None

**Disposition**
----------------

---

**Assigned to:** Judge Jennifer B.
Coffman
**Referred to:** Magistrate Judge C.
Cleveland Gambill

**Clydia D. Clark** (4)
*TERMINATED: 03/04/2002*

represented by **Samuel Manly**
239 S 5TH ST STE 1606
Louisville, KY 40202-3208
502-585-4619
Fax : 583-5960
*TERMINATED: 03/04/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**
----------------------

21:846 CONSPIRACY TO POSSESS
WITH INTENT TO DISTRIBUTE
CONTROLLED SUBSTANCE
(COCAINE)
(1s)

21:841(a)(1); 18:2 POSSESS WITH
INTENT TO DISTRIBUTE A
CONTROLLED SUBSTANCE
(COCAINE); AID & ABET
(2s)

**Disposition**
----------------

Imprisonment as to cnts 1 & 2-19
months (concurr); Supervised Release
as to cnts 1 & 2-5 years (concurr); SPA
$200

Imprisonment as to cnts 1 & 2-19
months (concurr); Supervised Release
as to cnts 1 & 2-5 years (concurr); SPA
$200

**Highest Offense Level (Opening)**
---------------------------------------

Felony

**Terminated Counts**
----------------------------

**Disposition**
----------------

21:846 CONSPIRACY TO POSSESS
WITH INTENT TO DISTRIBUTE
CONTROLLED SUBSTANCE                              dismissed
(COCAINE)
(1)

21:841(a)(1); 18:2 CONTROLLED
SUBSTANCE (COCAINE) - POSSESS
WITH INTENT TO DISTRIBUTE;                        dismissed
AID & ABET
(2)


**Highest Offense Level (Terminated)**

--------------------------------------------

Felony


**Complaints**                                    **Disposition**

----------------                                  ----------------

None

---

**Assigned to:** Judge Jennifer B.
Coffman
**Referred to:** Magistrate Judge C.
Cleveland Gambill

**Deekeisha Rose** (5)                 represented by **Steven Rush Romines**
*TERMINATED: 02/27/2002*                           Romines Weis & Young, PSC
                                                   600 W. Main Street
                                                   Suite 100
                                                   Louisville, KY 40202
                                                   502-587-8822
                                                   Fax : 502-568-3600
                                                   Email:
                                                   sromines@romineisweisyoung.com
                                                   *TERMINATED: 02/27/2002*
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: Retained*


**Pending Counts**                                **Disposition**

----------------------                            ----------------

21:846 CONSPIRACY TO POSSESS
WITH INTENT TO DISTRIBUTE
CONTROLLED SUBSTANCE
(COCAINE)
(1s)

Imprisonment 12 months and 1 day;
Supervised Release 3 years; SPA $100

**Highest Offense Level (Opening)**
-----------------------------------------

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| -------------------------------- | ----------------- |
| 21:846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE (COCAINE) (1) | dismissed |

**Highest Offense Level (Terminated)**
---------------------------------------------

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| ----------------- | ----------------- |
| None | |

---

**Assigned to:** Judge Jennifer B.
Coffman
**Referred to:** Magistrate Judge C.
Cleveland Gambill

**Eric Felix** (6)
*TERMINATED: 03/04/2002*

represented by **Barry Matthew Trifiletti**
721 W. Market Street
Louisville, KY 40202
502-589-9333
*TERMINATED: 03/04/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Vincent F. Mallon**
239 S 5TH ST STE 822
Louisville, KY 40202
502-585-1000
Fax : 540-5183
*TERMINATED: 09/24/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| Pending Counts | Disposition |
|---|---|
| ---------------------- | ---------------- |
| 21:846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE (COCAINE) (1) | Imprisonment 60 months; Supervised Release 5 years; SPA $100 |

**Highest Offense Level (Opening)**
--------------------------------------

Felony

| Terminated Counts | Disposition |
|---|---|
| ----------------------------- | ---------------- |
| None | |

**Highest Offense Level (Terminated)**
----------------------------------------------

None

| Complaints | Disposition |
|---|---|
| ----------------- | ---------------- |
| None | |

**Plaintiff**
--------------------

**United States of America**       represented by  **Philip C. Chance**
                                                   U.S. Attorney Office
                                                   510 W. Broadway
                                                   10th Floor
                                                   Louisville, KY 40202
                                                   502-582-5902
                                                   *TERMINATED: 04/22/2002*
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 03/05/2001 | 1 | INDICTMENT by USA Counts filed against Seal 1 (1) count(s) 1, 2, 3, 4, 5, 6, 8, Seal 2 (2) count(s) 1, Seal 3 (3) count(s) 1, 4, 5, 7, Seal 4 (4) count(s) 1, 2, Seal 5 (5) count(s) 1 (MLG) (Entered: 03/06/2001) |
| 03/05/2001 |  | MAGISTRATE JUDGE DESIGNATION: CCG (MLG) (Entered: 03/06/2001) |
| 03/05/2001 | 2 | MOTION to seal case by USA (MLG) (Entered: 03/06/2001) |
| 03/05/2001 |  | (SDB) (Entered: 04/22/2002) |
| 03/05/2001 |  | (SDB) (Entered: 04/22/2002) |
| 03/06/2001 | 3 | ORDER by Magistrate Judge James D. Moyer granting motion to seal case [2-1] (cc: all counsel, USM, USPO) (MLG) (Entered: 03/06/2001) |
| 03/06/2001 | 4 | ORDER by Magistrate Judge James D. Moyer warrant issued for Seal 1 (cc: all counsel, USM, USPO) (MLG) (Entered: 03/06/2001) |
| 03/06/2001 | 5 | ORDER by Magistrate Judge James D. Moyer warrant issued for Seal 2 (cc: all counsel, USM, USPO) (MLG) (Entered: 03/06/2001) |
| 03/06/2001 | 6 | ORDER by Magistrate Judge James D. Moyer warrant issued for Seal 3 (cc: all counsel, USM, USPO) (MLG) (Entered: 03/06/2001) |
| 03/06/2001 | 7 | ORDER by Magistrate Judge James D. Moyer warrant issued for Seal 4 (cc: all counsel, USM, USPO) (MLG) (Entered: 03/06/2001) |
| 03/06/2001 | 8 | ORDER by Magistrate Judge James D. Moyer warrant issued for Seal 5 (cc: all counsel, USM, USPO) (MLG) (Entered: 03/06/2001) |

| 03/29/2001 | | Docket Modification (Utility) case unsealed (SEALED) (Entered: 03/29/2001) |
|---|---|---|
| 03/29/2001 | 9 | ARREST Warrant returned executed as to defendant Adrian Alston; defendant arrested on 3/29/01 (MLG) (Entered: 03/29/2001) |
| 03/29/2001 | 10 | ARREST Warrant returned executed as to defendant Clydia D. Clark; defendant arrested on 3/29/01 (MLG) (Entered: 03/29/2001) |
| 03/29/2001 | 11 | APPEARANCE for defendant Adrian Alston by Attorney Federal Defender (MLG) (Entered: 03/29/2001) |
| 03/29/2001 | 12 | CJA Form 23 (Financial Affidavit) as to Adrian Alston (MLG) (Entered: 03/29/2001) |
| 03/29/2001 | 13 | CJA Form 23 (Financial Affidavit) as to Clydia D. Clark (MLG) (Entered: 03/29/2001) |
| 03/29/2001 | 14 | ARRAIGNMENT ORDER by Mag Judge C. C. Gambill; I/A & arraignment of Adrian Alston, FD apptd this date ; dft arraigned and not guilty plea entered by the ct; detention hearing set for 1:30 3/30/01 before Mag Judge C. C. Gambill; jury trial set for 10:00 5/21/01 before Judge Jennifer B. Coffman w/cnsl in ct at 9:30am; telephone/status conf. set for 11:00 4/30/01 before Mag Judge C. C. Gambill; ROD incorp (cc: all counsel, USM, (MLG) (Entered: 03/29/2001) |
| 03/29/2001 | 15 | ARRAIGNMENT ORDER by Mag Judge C. C. Gambill; I/A & arraignmnet of Clydia D. Clark, Attorney Samuel Manly apptd this date; dft arraigned and not guilty plea entered by the ct; detention hearing set for 1:30 3/30/01 before Mag Judge C. C. Gambill jury trial set for 10:00 5/21/01 Judge Jennifer B. Coffman w/cnsl in ct at 9:30am; telephone/status conf. set for 11:00 4/30/01 before Mag Judge C. C. Gambill; ROD incorp (cc: all counsel, USM, USPO) (MLG) (Entered: 03/29/2001) |
| 03/29/2001 | 16 | ORDER by Judge Jennifer B. Coffman case referred to Mag Judge C. C. Gambill pursuant to 28:636(b)(1)(A) and (B) (cc: all counsel) (MLG) (Entered: 03/29/2001) |
| 03/29/2001 | | CJA Form 20 Copy 4 (Appointment of Counsel) Attorney Samuel Manly for dft Clydia D. Clark (MLG) (Entered: 04/02/2001) |
| 03/30/2001 | 17 | ARREST Warrant returned executed as to defendant Joyce Victoria Smith ; defendant arrested on 3/30/01 (ARK) (Entered: 03/30/2001) |

| 03/30/2001 | 18 | APPEARANCE for defendant Joyce Victoria Smith by Attorney Mark D. Chandler (ARK) (Entered: 03/30/2001) |
|---|---|---|
| 03/30/2001 | 19 | WAIVER of counsel filed by defendant Joyce Victoria Smith (ARK) (Entered: 03/30/2001) |
| 03/30/2001 | 20 | APPEARANCE for defendant Adrian Alston by Attorney Scott A. Wilson (ARK) (Entered: 03/30/2001) |
| 03/30/2001 | 21 | WAIVER of counsel filed by defendant Adrian Alston (ARK) (Entered: 03/30/2001) |
| 03/30/2001 | 22 | APPEARANCE for defendant Clydia D. Clark by Attorney Sam Manley (ARK) (Entered: 03/30/2001) |
| 03/30/2001 | 23 | APPEARANCE BOND Posted at $ 25,000/unsecured for Clydia D. Clark w/Order Setting Conditions of Release attached. (ARK) (Entered: 03/30/2001) |
| 03/30/2001 | 24 | ORDER by Mag Judge C. C. Gambill dft Joyce Victoria Smith arraigned; NOT GUILTY plea entered; Attorney present; , and ; detention hearing set for 3:00 4/2/01 for Joyce Victoria Smith before Mag Judge C. C. Gambill , and ; pretrial /telephonic status conference set for 11:00 4/30/01 for Joyce Victoria Smith before Mag Judge C. C. Gambill ; jury trial set for 9:30 5/21/01 for Joyce Victoria Smith before Judge Jennifer B. Coffman . ROD incorp. (cc: all counsel, USM, USPO) (ARK) (Entered: 03/30/2001) |
| 03/30/2001 | 25 | ORDER by Mag Judge C. C. Gambill ; detention hearing held on 3/30/01 as to dft. Alston, the atty. Wilson shall notify the Clk. by 4/6/01 at 4:30 pm. if he will remain as retained counsel. (cc: all counsel, USM, USPO) (ARK) (Entered: 03/30/2001) |
| 03/30/2001 | 26 | ORDER by Judge Jennifer B. Coffman ; detention hearing held on 3/30/01 as to dft.-Clark, by agreement of the parties, bnd. set at $25,000/unsecured. (cc: all counsel, USM, USPO) (ARK) (Entered: 03/30/2001) |
| 03/30/2001 | | Speedy Trial Adjustment (Utility) manually stop XM for dft -01 (SDB) (Entered: 04/06/2001) |
| 04/02/2001 | 27 | ORDER by Mag Judge C. C. Gambill ; detention hearing held on 4/2/01 ; Bond set to $25,000/Property for Joyce Victoria Smith w/spec conds (cc: all counsel, USM, USPO) (MLG) (Entered: 04/02/2001) |

| 04/02/2001 | 29 | ORDER by Mag Judge C. C. Gambill; on 4/2/01 dft Smith entered not guilty plea to SSInd; as previously order, jury trial is set 5/21/01 at 10am bef Judge Coffman (cc: all counsel, USM, USPO) (MLG) (Entered: 04/02/2001) |
| --- | --- | --- |
| 04/02/2001 | 30 | SUPERSEDING indictment by USA; counts filed against Joyce Victoria Smith (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 8s, Adrian Alston (2) count(s) 1s, Duane Tony Garrison (3) count(s) 1s, 4s, 5s, 7s, Clydia D. Clark (4) count(s) 1s, 2s, Deekeisha Rose (5) count(s) 1s, Eric Felix (6) count(s) 1 (SDB) (Entered: 04/03/2001) |
| 04/02/2001 | | REMARK-DN 28 deleted-clerk error (mlg) (SDB) (Entered: 04/03/2001) |
| 04/03/2001 | 31 | ORDER by Mag Judge C. C. Gambill; warrant issued for Duane Tony Garrison (cc: all counsel, USM, USPO) (SDB) (Entered: 04/03/2001) |
| 04/03/2001 | 32 | ORDER by Mag Judge C. C. Gambill; warrant issued for Deekeisha Rose (cc: all counsel, USM, USPO) (SDB) (Entered: 04/03/2001) |
| 04/03/2001 | 33 | NOTICE of hearing ; arraignment on SSInd set for 9:15 4/17/01 for Adrian Alston and Clydia D. Clark before Magistrate Judge James D. Moyer (cc: all counsel) (SDB) (Entered: 04/03/2001) |
| 04/03/2001 | 34 | BOND Posted at $25,000/Property for Joyce Victoria Smith (MLG) (Entered: 04/03/2001) |
| 04/03/2001 | | Docket Modification (Utility) Bond reset to $25,000/Property for Joyce Victoria Smith. (MLG) (Entered: 04/03/2001) |
| 04/03/2001 | 35 | ORDER OF DETENTION PENDNG TRIAL by Mag Judge C. C. Gambill as to dft Adrian Alston (cc: all counsel, USM, USPO) (MLG) (Entered: 04/03/2001) |
| 04/05/2001 | 36 | ORDER by Mag Judge C. C. Gambill; warrant issued for Eric Felix (cc: all counsel, USM, USPO) (SDB) (Entered: 04/05/2001) |
| 04/05/2001 | 37 | ARREST Warrant returned unexecuted as to Duane Tony Garrison (SDB) (Entered: 04/06/2001) |
| 04/05/2001 | 38 | ARREST Warrant returned unexecuted as to Deekeisha Rose (SDB) (Entered: 04/06/2001) |
| 04/05/2001 | | Speedy Trial Adjustment (Utility) manually stop XM due to SSInd for -03,-05 (SDB) (Entered: 04/06/2001) |

| 04/06/2001 | 39 | MOTION for withdrawal of attorney Scott A. Wilson by Adrian Alston (MLG) (Entered: 04/06/2001) |
|---|---|---|
| 04/09/2001 | 40 | ARREST Warrant returned executed as to defendant Duane Tony Garrison; defendant arrested on 4/9/01 (SDB) (Entered: 04/09/2001) |
| 04/09/2001 | 41 | Waiver of Assignment of Counsel executed by defendant Duane Tony Garrison (SDB) (Entered: 04/09/2001) |
| 04/09/2001 | 42 | ARRAIGNMENT ORDER by Mag Judge C. C. Gambill; first appearance of Duane Tony Garrison; dft to retain cnsl; dft arraigned and not guilty plea entered by ct; detention hearing set for 2:30 4/10/01 before Mag Judge C. C. Gambill; jury trial set for 10:00 5/21/01 before Judge B. Coffman; telephone status conf. set for 11:00 4/30/01 before Mag Judge C. C. Gambill; ROD incorp (cc: all counsel, USM, USPO) (MLG) (Entered: 04/09/2001) |
| 04/09/2001 | 43 | ORDER by Judge Jennifer B. Coffman case referred to Mag Judge C. C. Gambill as to dft Duane Garrison pursuant to 28:636(b)(1)(A) and (B) (cc: all counsel, USM, USPO) (MLG) (Entered: 04/09/2001) |
| 04/10/2001 | 44 | APPEARANCE for defendant Duane Tony Garrison by Attorney Michael N. Ungar (ARK) (Entered: 04/11/2001) |
| 04/11/2001 | 45 | ORDER by Mag Judge C. C. Gambill ; detention hearing held on 4/10/01 , as to dft. Garrison, dft. is ordered detained. (cc: all counsel, USM, USPO) (ARK) (Entered: 04/11/2001) |
| 04/11/2001 | 47 | ARREST Warrant returned executed as to defendant Deekeisha Rose; defendant arrested on 4/11/01 (SDB) (Entered: 04/12/2001) |
| 04/11/2001 | 48 | Waiver of Assignment of Counsel executed by defendant Deekeisha Rose (SDB) (Entered: 04/12/2001) |
| 04/11/2001 | 49 | APPEARANCE for defendant Deekeisha Rose by Attorney Steven Rush Romines (SDB) (Entered: 04/12/2001) |
| 04/11/2001 | 50 | BOND Posted at $25,000/Unsecured for Deekeisha Rose (SDB) (Entered: 04/12/2001) |
| 04/11/2001 | | Speedy Trial Adjustment (Utility); Bond set to $25,000/Unsecured for Deekeisha Rose ; first appearance of Deekeisha Rose; arraignment of Deekeisha Rose; Attorney present (SDB) (Entered: 04/12/2001) |
| 04/12/2001 | 46 | ORDER by Mag Judge C. C. Gambill; granting motion for |

| | | |
|---|---|---|
| | | withdrawal of attorney Scott A. Wilson [39-1]; withdrawing attorney Scott A. Wilson for Adrian Alston; the Federal Defender is reappointed to this case (cc: all counsel, USM, USPO) (SDB) (Entered: 04/12/2001) |
| 04/12/2001 | 51 | ARRAIGNMENT ORDER by Mag Judge C. C. Gambill; arraignment held on 4/11/01 for dft Dfeekeisha Rose; dft entered not guilty plea; dft released on $25,000/Unsec bond; jury trial set for 10:00 5/21/01 for Deekeisha Rose before Judge Jennifer B. Coffman, w/cnsl in courtroom at 9:30; telephonic pretrial/status conf set for 4/30/01 for Deekeisha Rose before Mag Judge C. C. Gambill ; ROD incorp (cc: all counsel, USM, USPO){1582} (SDB) Modified on 04/17/2001 (Entered: 04/12/2001) |
| 04/13/2001 | 52 | ORDER OF DETENTION PENDING TRIAL by Mag Judge C. C. Gambill as to dft Duane Tony Garrison (cc: all counsel, USM, USPO) (SDB) (Entered: 04/13/2001) |
| 04/16/2001 | 53 | REQUEST FOR NOTICE by defendant Clydia D. Clark of intention to use Fed RE 404(b) evidence (SDB) (Entered: 04/17/2001) |
| 04/16/2001 | 54 | REQUEST FOR NOTICE by defendant Clydia D. Clark of intention to use evidence purs to FRCrP 12(d)(2) (SDB) (Entered: 04/17/2001) |
| 04/16/2001 | 55 | REQUEST/NOTICE by defendant Clydia D. Clark for discovery and inspection purs to FRCrP 16(a)(1)(A)(B)(C)(D) (SDB) (Entered: 04/17/2001) |
| 04/17/2001 | | Calendar Update (utility event) ; telephone pretrial/status conf. set for 11:00 4/30/01 for Deekeisha Rose before Mag Judge C. C. Gambill per DN 51 (SDB) (Entered: 04/17/2001) |
| 04/17/2001 | 56 | ATTORNEY NOTICE: Michael A. Unger failure to comply will result in this matter being brought to the attention of the presiding judge; response to attorney notice due 4/29/01 (cc: aty. of note) (SDB) (Entered: 04/18/2001) |
| 04/20/2001 | 57 | ORDER by Magistrate Judge James D. Moyer; arraignment held on 4/17/01 as to Adrian Alston on SSInd; dft entered a plea of not guilty; case shall remain on docket for jury trial on 5/21/01 at 10:00; cnsl shall appear in ctroom at 9:30; dft shall remain in custody of USM (cc: all counsel, USM, USPO) (SDB) Modified on 04/24/2001 (Entered: 04/20/2001) |
| 04/20/2001 | 58 | ORDER by Magistrate Judge James D. Moyer; arraignment held on 4/17/01 as to Clydia Clark on SSINd; dft entered plea of not guilty; |

| | | |
|---|---|---|
| | | case shall remain on docket for jury trial on 5/21/01 at 10:00 w/cnsl in ctroom at 9:30; dft shall remain on bond (cc: all counsel, USM, USPO) (SDB) Modified on 04/24/2001 (Entered: 04/20/2001) |
| 04/26/2001 | 59 | MOTION to extend time to 5/4/01 to file defensive motions by Adrian Alston (SDB) (Entered: 04/27/2001) |
| 05/01/2001 | 60 | JOINT MOTION to declare case complex , to remand case from trial calendar , and to modify pretrial order by Joyce Victoria Smith, Adrian Alston, Duane Tony Garrison, Clydia D. Clark, and Deekeisha Rose (SDB) (Entered: 05/02/2001) |
| 05/02/2001 | 61 | STATUS REPORT by Mag Judge C. C. Gambill; tele conf held on 4/30/01 as to dfts Smith, Alston, Garrison, Clark and Rose ; agreed order will be tendered by cnsl requesting case be declared complex and that jury trial of 5/21/01 be continued (cc: all counsel) (SDB) Modified on 05/10/2001 (Entered: 05/02/2001) |
| 05/11/2001 | 62 | ORDER by Judge Jennifer B. Coffman; denying motion to declare case complex [60-1], granting motion for continuance and for completion of discovery [60-2] [60-3] [59-1]; ddl for filing motions is extended to 6/4/01; pretrial conf set for 9:30 9/18/01 for Joyce Victoria Smith, for Adrian Alston, for Duane Tony Garrison, for Clydia D. Clark, for Deekeisha Rose before Judge Jennifer B. Coffman; jury trial of 5/21/01 continued to 10:00 10/15/01 before Judge Jennifer B. Coffman, cnsl in ct at 9:30 ; time from 5/21/01 to 10/15/01 excluded under 18:3161(h)(8)(A) and (B)(iv) (cc: all counsel, USM, USPO) (SDB) (Entered: 05/14/2001) |
| 05/22/2001 | 63 | ARREST Warrant returned executed as to dft Eric Felix; dft arrested on 5/19/01 (SDB) (Entered: 05/22/2001) |
| 05/29/2001 | 64 | RULE 40 Documents received from District of CD/IL as to defendant Eric Felix (SDB) (Entered: 05/30/2001) |
| 06/04/2001 | 65 | MOTION to disclose identities of informants and sources by Adrian Alston (MLG) (Entered: 06/05/2001) |
| 06/04/2001 | 66 | MOTION to provide notice of evidence of other crimes, wrongs or acts by Adrian Alston (MLG) (Entered: 06/05/2001) |
| 06/04/2001 | 67 | MOTION for summaries of expert witness testimony by Adrian Alston (MLG) (Entered: 06/05/2001) |
| 06/04/2001 | 68 | MOTION to adopt motions filed by co-dfts by Adrian Alston (MLG) |

| | | |
|---|---|---|
| | | (Entered: 06/05/2001) |
| 06/04/2001 | 69 | MOTION for a bill of particulars by Adrian Alston (MLG) (Entered: 06/05/2001) |
| 06/04/2001 | 70 | MOTION to sever counts by Adrian Alston (MLG) (Entered: 06/05/2001) |
| 06/04/2001 | 71 | MOTION for release of Brady materials by Joyce Victoria Smith (MLG) (Entered: 06/05/2001) |
| 06/04/2001 | 72 | MOTION to provide notice of intent to use other crimes, wrongs or acts by Joyce Victoria Smith (MLG) (Entered: 06/05/2001) |
| 06/04/2001 | 73 | MOTION for discovery and to inspect by Joyce Victoria Smith (MLG) (Entered: 06/05/2001) |
| 06/04/2001 | 74 | MOTION to suppress evidence obtained by unlawful electronic surveillance by Joyce Victoria Smith (MLG) (Entered: 06/05/2001) |
| 06/08/2001 | 75 | CJA Form 23 (Financial Affidavit) as to Eric Felix (SDB) (Entered: 06/11/2001) |
| 06/08/2001 | | Speedy Trial Adjustment (Utility); first appearance of Eric Felix, Attorney to be appointed (SDB) (Entered: 06/11/2001) |
| 06/11/2001 | 76 | ORDER by Magistrate Judge James D. Moyer ; initial appearance of Eric Felix; Counsel to be apptd; arraignment set for 2:00 6/12/01 before Magistrate Judge James D. Moyer ct will conduct a hrg on a review of the detention order issued by CD/IL; dft remanded to custody of USM (cc: all counsel, USM, USPO) (SDB) Modified on 06/11/2001 (Entered: 06/11/2001) |
| 06/11/2001 | 77 | CJA Form 20 Copy 4 (Appointment of Counsel) Attorney Vincent F. Mallon for dft Eric Felix (MLG) (Entered: 06/11/2001) |
| 06/12/2001 | 78 | APPEARANCE for defendant Eric Felix by Attorney Vincent F. Mallon (SDB) (Entered: 06/13/2001) |
| 06/12/2001 | 79 | WAIVER of detention hrg by defendant Eric Felix (SDB) (Entered: 06/13/2001) |
| 06/13/2001 | 80 | ORDER by Magistrate Judge James D. Moyer; arraignment held on 6/12/01 as to Eric Felix; dft plead not guilty; dft waived detention hrg and was remanded to custody of USM; jury trial set for 10:00 |

| | | |
|---|---|---|
| | | 10/15/01 before Judge Jennifer B. Coffman; cnsl in ctroom at 9:30; tele status/pretrial conf set for 10:00 8/10/01 before Mag Judge C. Gambill; ct will initiate call; pretrial conf set for 9:30 9/18/01 before Judge Jennifer B. Coffman ; ROD included (cc: all counsel, USM, USPO) (SDB) (Entered: 06/13/2001) |
| 06/18/2001 | 81 | RESPONSE by plaintiff USA to motion by Adrian Alston to disclose identities of informants and sources [65-1] (SDB) Modified on 06/19/2001 (Entered: 06/19/2001) |
| 06/18/2001 | 82 | RESPONSE by plaintiff USA to motion by Adrian Alston for a bill of particulars [69-1] (SDB) (Entered: 06/19/2001) |
| 06/18/2001 | 83 | RESPONSE by plaintiff USA to motion by Adrian Alston to sever counts [70-1] (SDB) (Entered: 06/19/2001) |
| 06/18/2001 | 84 | RESPONSE by plaintiff USA to motion by Joyce Victoria Smith for release of Brady materials [71-1] (SDB) (Entered: 06/19/2001) |
| 06/18/2001 | 85 | RESPONSE by plaintiff USA to motion by Adrian Alston to adopt motions filed by co-dfts [68-1] (SDB) (Entered: 06/19/2001) |
| 06/18/2001 | 86 | RESPONSE by plaintiff USA to motion by Joyce Victoria Smith for discovery [73-1] (SDB) (Entered: 06/19/2001) |
| 06/18/2001 | 87 | RESPONSE by plaintiff USA to motion by Joyce Victoria Smith to provide notice of intent to use other crimes, wrongs or acts [72-1] (SDB) (Entered: 06/19/2001) |
| 06/18/2001 | 88 | RESPONSE by plaintiff USA to motion by Adrian Alston to provide notice of evidence of other crimes, wrongs or acts [66-1] (SDB) (Entered: 06/19/2001) |
| 06/18/2001 | 89 | RESPONSE by plaintiff USA to motion to suppress evidence obtained by unlawful electronic surveillance [74-1] (MLG) (Entered: 06/19/2001) |
| 06/22/2001 | 90 | MOTION to adopt co-dfts motions by Deekeisha Rose (MLG) (Entered: 10/16/2001) |
| 06/29/2001 | 92 | NOTICE OF DEFICIENCY: cnsl for dft Garrison to submit proposed order for DN 91; failure to comply will be brought to the attention of the Court; response to notice of deficiency due 7/4/01 (cc: counsel for dft Garrison) (SDB) Modified on 04/24/2003 (Entered: 06/29/2001) |

| | | |
|---|---|---|
| 06/29/2001 | 91 | MOTION to adopt co-dfts motions by Duane Tony Garrison (MLG) (Entered: 10/16/2001) |
| 07/03/2001 | 93 | RESPONSE by plaintiff USA to motion to adopt any and all motions of co-defendants [90-1] (MLG) (Entered: 07/03/2001) |
| 07/03/2001 | 94 | RESPONSE by plaintiff USA to motion to adopt co-dfts' motions [91-1] (MLG) (Entered: 07/03/2001) |
| 07/09/2001 | | RESPONSE TO NOTICE OF DEFICIENCY by cnsl for defendant Duane Tony Garrison; response to ntc. of deficiency satisfied 7/9/01; submitted proposed order (SDB) (Entered: 07/09/2001) |
| 07/12/2001 | | FILE SUBMITTED to CCG (FCE) (Entered: 07/12/2001) |
| 07/23/2001 | 96 | NOTICE OF DEFICIENCY: submit proposed order for DN 95; failure to comply will be brought to the attention of the Court; response to notice of deficiency due 7/28/01 (cc: Michael A. Unger) (SDB) Modified on 04/24/2003 (Entered: 07/24/2001) |
| 07/23/2001 | 95 | MOTION for attorney Michael A. Unger to appear pro hac vice, receipt #319053 by Duane Tony Garrison (SDB) (Entered: 10/04/2001) |
| 07/30/2001 | 97 | RESPONSE TO NOTICE OF DEFICIENCY [56-1]; submitted proposed order; response to ntc. of deficiency satisfied 7/30/01 (SDB) (Entered: 07/31/2001) |
| 08/10/2001 | 98 | ORDER by Mag Judge C. C. Gambill ; telephone conference held on 8/10/01 as to dft.-FELIX , counsel advised that the trial will commence as scheduled. (cc: all counsel (ARK) (Entered: 08/10/2001) |
| 08/15/2001 | | FILE RETURNED (SDB) (Entered: 08/15/2001) |
| 08/15/2001 | 99 | ORDER by Mag Judge C. C. Gambill; granting motion for release of Brady materials to the extent that not later than 7 days prior to start of trial, US shall provide dft Smith w/ Brady evidence, and denying to the extent that her motion seeks disclosure of Jencks Act material prior to trial [71-1]; granting motion to provide notice of intent to use other crimes, wrongs or acts to the extent that not later than 7 days prior to trial, US shall provide dft Smith with written notice of "general nature" of the evidence of extrinsic acts it intends to offer at trial, and mooting to the extent US has provided all Rule 16 information to dft [72-1]; denying motion to suppress evidence |

| | | |
|---|---|---|
| | | obtained by unlawful electronic surveillance [74-1]; denying motion to disclose identities informants and sources [65-1]; granting motion to provide notice of evidence of other crimes, or acts [66-1], not later than 7 days prior to trial, US shall provide Alston w/general nature of any such evidence of extrinsic acts it intends to use at trial; granting motion for summaries of expert witness testimony [67-1], US shall provide Alston w/expert witness reports as soon as they become available or no later than 7 days prior to trial; granting Alston's motion to adopt motions filed by co-dfts [68-1] except motions seeking suppression of evidence or dismissal of indict, previous response of US for such adopted motions shall be considered adopted as to Alston's adopted motions; denying motion for a bill of particulars [69-1]; denying motion to sever counts [70-1]; granting Garrison's motion adopt co-dfts' motions [91-1] except motions seek suppression of evidence or dismissal of indict and US prior responses adopted as to Garrison's adopted motions; granting Rose's motion to adopt any and all motions of co-defendants [90-1] except motions seeking suppression of evidence or dismissal of indictment and US's prior responses to motions also be adopted as to dft Rose's adopted motions (cc: all counsel, USM, USPO) (SDB) Modified on 08/20/2001 (Entered: 08/15/2001) |
| 08/15/2001 | | Docket Modification (Utility) finding the motion for discovery [73-1] moot., finding the motion to inspect [73-2] moot. per DN 99 (MLG) (Entered: 08/16/2001) |
| 08/20/2001 | 100 | MOTION to suppress evidence seized from 1201 Grant St ; for hearing on motion to suppress by Eric Felix (SDB) (Entered: 08/21/2001) |
| 09/04/2001 | 101 | RESPONSE by plaintiff USA to motion to suppress evidence seized from 1201 Grant St [100-1], motion for hearing on motion to suppress [100-2] (SDB) (Entered: 09/04/2001) |
| 09/04/2001 | 102 | RESPONSE by plaintiff USA to dft Eric Felix's motion for bill of particulars (SDB) (Entered: 09/04/2001) |
| 09/04/2001 | 104 | RESPONSE by plaintiff USA to dft Eric Felix's motion for information re informants and for disclosure of identities of informants and for hrg (SDB) (Entered: 09/04/2001) |
| 09/04/2001 | 103 | RESPONSE by plaintiff USA to motion to adopt co-dfts motions [91-1], motion to adopt co-dfts motions [90-1] (MLG) (Entered: 10/16/2001) |

| | | |
|---|---|---|
| 09/13/2001 | 105 | MOTION to substitute attorney Barry M. Trifiletti (retained) for Vincent F. Mallon (appointed) by Eric Felix (SDB) (Entered: 09/14/2001) |
| 09/17/2001 | | FILE SUBMITTED to Judge Coffman. (FCE) (Entered: 09/17/2001) |
| 09/19/2001 | | FILE RETURNED (FCE) (Entered: 09/19/2001) |
| 09/19/2001 | | FILE SUBMITTED to USMJ Gambill. (FCE) (Entered: 09/19/2001) |
| 09/19/2001 | | LETTER CONSTRUED AS MOTION for modification of pre-trial detention conditions by Joyce Victoria Smith, pro se (SDB) (Entered: 02/14/2002) |
| 09/20/2001 | 106 | SUPPLEMENTTAL EXHIBIT by plaintiff USA to [101-1] (SDB) (Entered: 09/20/2001) |
| 09/24/2001 | 107 | ORDER by Judge Jennifer B. Coffman; pretrial conference held on 9/18/01 as to all dfts ; granting dft Felix's motion to substitute attorney Barry M. Trifiletti (retained) for Vincent F. Mallon (appointed) [105-1]; trial remains set 10/15/01 at 10:00 w/cnsl in ctroom at 9:30; granting dft's cnsl oral motion that USA provide defense attorneys w/their NCIC/criminal history records of the jurors, to be provided morning of trial; referring to Mag Judge C. C. Gambill the motion to suppress evidence seized from 1201 Grant St [100-1] [100-2]; dfts Smith, Clark and Rose to remain on present bonds; dfts Alston, Garrison and Felix to remain in custody of USM (cc: all counsel, USM, USPO) (SDB) Modified on 09/26/2001 (Entered: 09/24/2001) |
| 09/24/2001 | 108 | MOTION for review of USMJ's detention order by Eric Felix (SDB) (Entered: 09/24/2001) |
| 09/26/2001 | | FILE RETURNED (SDB) (Entered: 09/26/2001) |
| 09/26/2001 | 109 | FINDINGS of fact, conclusions of law and recommendation by Mag Judge C. C. Gambill; objections due ddl set for 10/6/01 for Eric Felix re [100-1], re [100-2]; recommending motion to suppress be denied (cc: all counsel) (SDB) (Entered: 09/28/2001) |
| 10/04/2001 | | FILE SUBMITTED to USMJ Moyer. (FCE) (Entered: 10/04/2001) |
| 10/04/2001 | 110 | ORDER by Magistrate Judge James D. Moyer granting motion for attorney Michael A. Unger to appear pro hac vice, receipt #319053 [95-1] (cc: all counsel, USM, USPO) (SDB) (Entered: 10/04/2001) |

| 10/04/2001 | 111 | ORDER by Magistrate Judge James D. Moyer ; detention hearing set for 4:00 10/9/01 re DN 108 for Eric Felix before Magistrate Judge James D. Moyer ; C/R needed (cc: all counsel, USM, USPO) (SDB) (Entered: 10/04/2001) |
| 10/05/2001 | | FILE SUBMITTED to JDM (KDN) (Entered: 10/05/2001) |
| 10/05/2001 | 112 | MOTION in limine to exclude other crimes and bad acts by Eric Felix (MLG) (Entered: 10/09/2001) |
| 10/05/2001 | 113 | MOTION in limine to exclude wiretapped telephone conversations by Eric Felix (MLG) (Entered: 10/09/2001) |
| 10/05/2001 | 114 | MOTION in limine to exclude evidence of wire transfer by Eric Felix (MLG) (Entered: 10/09/2001) |
| 10/09/2001 | 115 | EXHIBIT by defendant Eric Felix filed in open court (MLG) (Entered: 10/10/2001) |
| 10/10/2001 | | FILE RETURNED (MLG) (Entered: 10/10/2001) |
| 10/10/2001 | | FILE SUBMITTED to CCG (KDN) (Entered: 10/10/2001) |
| 10/10/2001 | 116 | PROPOSED JURY Instructions by plaintiff USA w/diskette (MLG) (Entered: 10/11/2001) |
| 10/11/2001 | | FILE RETURNED (ARK) (Entered: 10/11/2001) |
| 10/11/2001 | | FILE SUBMITTED to Judge Coffman-Nick-Louisville (ARK) (Entered: 10/11/2001) |
| 10/11/2001 | 117 | ORDER by Magistrate Judge James D. Moyer ; detention hearing held on 10/9/01 as to Eric Felix; denying motion for review of USMJ's detention order [108-1]; dft shall remain in custody of USM (cc: all counsel, USM, USPO) (MLG) (Entered: 10/11/2001) |
| 10/11/2001 | 118 | ORDER by Judge Jennifer B. Coffman ; change of plea hrg set for 10:00 10/15/01 for taking of guilty pleas, however, jury trial reset for 9:30 10/16/01 for remaining dfts before Judge Jennifer B. Coffman (cc: all counsel, USM, USPO) (MLG) (Entered: 10/11/2001) |
| 10/12/2001 | | Calendar Update (utility event) jury trial REMANDED on 10/12/01 ; change of plea hrg set for 10:00 10/15/01 for Joyce Victoria Smith, for Duane Tony Garrison, for Clydia D. Clark, for Deekeisha Rose before Judge Jennifer B. Coffman per call from AUSA (ARK) |

| | | (Entered: 10/12/2001) |
|---|---|---|
| 10/15/2001 | | FILE RETURNED (ARK) (Entered: 10/15/2001) |
| 10/15/2001 | 119 | PLEA Agreement as to Joyce Victoria Smith (MLG) (Entered: 10/16/2001) |
| 10/15/2001 | 120 | PLEA Agreement as to Duane Tony Garrison (MLG) (Entered: 10/16/2001) |
| 10/15/2001 | 121 | PLEA Agreement as to Clydia D. Clark (MLG) (Entered: 10/16/2001) |
| 10/15/2001 | 122 | PLEA Agreement as to Deekeisha Rose (MLG) (Entered: 10/16/2001) |
| 10/15/2001 | 123 | PLEA Agreement as to Eric Felix (MLG) (Entered: 10/16/2001) |
| 10/15/2001 | | Speedy Trial Adjustment (Utility) guilty plea entered by Joyce Victoria Smith, Duane Tony Garrison, Clydia D. Clark, Deekeisha Rose, Eric Felix (MLG) (Entered: 10/16/2001) |
| 10/15/2001 | | Docket Modification (Utility) finding the motions moot [114-1] [113-1] [112-1] [109-1] [100-1] [100-2] [91-1] [90-1] as dfts plead guilty 10/15/01 (MLG) (Entered: 10/16/2001) |
| 10/16/2001 | 124 | ORDER by Judge Jennifer B. Coffman; change of plea hearing held on 10/15/01 for Joyce Victoria Smith; dft entered plea to cnts 1s-4s,6s of SSInd; sentencing hearing set for 2:00 2/19/02 before Judge Jennifer B. Coffman jury trial held on 3/30/01; dft shall remain on bond (cc: all counsel, USM, USPO) (MLG) (Entered: 10/16/2001) |
| 10/16/2001 | 125 | ORDER by Judge Jennifer B. Coffman; change of plea hearing held on 10/15/01 for Duane Tony Garrison; dft entered plea of guilty to cnts 1s,4s,5s,7s of SSInd; sentencing hearing set for 2:00 2/19/02 before Judge Jennifer B. Coffman; dft shall remain in custody of USM (cc: all counsel, USM, USPO) (MLG) (Entered: 10/16/2001) |
| 10/16/2001 | 126 | ORDER by Judge Jennifer B. Coffman; change of plea hearing held on 10/15/01 for Clydia D. Clark; dft entered guilty plea to cnts 1s-2s of SSInd; sentencing hearing set for 2:00 2/19/02 before Judge Jennifer B. Coffman; dft shall remain on bond (cc: all counsel, USM, USPO) (MLG) (Entered: 10/16/2001) |
| 10/16/2001 | 127 | ORDER by Judge Jennifer B. Coffman; change of plea hearing held on 10/15/01 for Deekeisha Rose; dft entered guilty plea to cnt 1s of SSInd; sentencing hearing set for 2:00 2/19/02 before Jennifer B. |

| | | Coffman; dft shall remain on bond (cc: all counsel, USM, USPO) (MLG) (Entered: 10/16/2001) |
|---|---|---|
| 10/16/2001 | 128 | ORDER by Judge Jennifer B. Coffman; change of plea hearing held on 10/15/01 for Eric Felix; dft entered guilty plea to cnt 1 of Ind; sentencing hearing set for 2:00 2/19/02 before Judge Jennifer B. Coffman; dft shall remain in custody of USM (cc: all counsel, USM, USPO) (MLG) (Entered: 10/16/2001) |
| 11/15/2001 | 129 | MOTION for transcript by Duane Tony Garrison, pro se (SDB) (Entered: 11/29/2001) |
| 11/29/2001 | 130 | ORDER by Judge Jennifer B. Coffman; denying motion for transcript [129-1] (letter construed as motion by dft Duane Tony Garrison, pro se, who is represented by counsel) as it fails to state adequate grounds for provision of a transcript; document to be docketed and entered in record; copy of document to be served upon all counsel (cc: all counsel, USM, USPO) (SDB) (Entered: 11/29/2001) |
| 12/19/2001 | 131 | MOTION to remove electronic monitoring as a condition of release by Joyce Victoria Smith (SDB) (Entered: 12/20/2001) |
| 01/30/2002 | 132 | MOTION downward departure by Eric Felix by Eric Felix (SDB) (Entered: 02/26/2002) |
| 01/31/2002 | 133 | OBJECTIONS by defendant Clydia D. Clark to presentence investigation report (SDB) (Entered: 02/01/2002) |
| 02/01/2002 | | Docket Modification (Utility) that the motion to remove electronic monitoring as a condition of release [131-1] is submitted to Mag. Judge Gambill (ARK) (Entered: 02/01/2002) |
| 02/01/2002 | | FILE SUBMITTED to Mag. Judge Gambill (ARK) (Entered: 02/01/2002) |
| 02/05/2002 | 134 | RESPONSE by plaintiff USA to motion to remove electronic monitoring as a condition of release [131-1] (SDB) (Entered: 02/05/2002) |
| 02/07/2002 | | FILE RETURNED (SDB) (Entered: 02/07/2002) |
| 02/07/2002 | 135 | ORDER by Mag Judge C. C. Gambill denying motion to remove electronic monitoring as a condition of release [131-1] (cc: all counsel, USM, USPO) (SDB) (Entered: 02/07/2002) |

| 02/08/2002 | 136 | MOTION to reschedule sentencing now set for 2/19/02 by Joyce Victoria Smith (SDB) (Entered: 02/08/2002) |
| 02/08/2002 | 137 | MOTION for attorney substitution, substitute Mark Chandler for Kevin Schad by Joyce Victoria Smith (SDB) (Entered: 02/08/2002) |
| 02/08/2002 | 138 | MOTION for attorney Kevin M. Schad to appear pro hac vice by Joyce Victoria Smith (SDB) (Entered: 02/08/2002) |
| 02/08/2002 | 139 | NOTICE OF DEFICIENCY: submit fee for DN 138; failure to comply will be brought to the attention of the Court; response to notice of deficiency due 2/13/02 (cc: Kevin M. Schad) (SDB) (Entered: 02/08/2002) |
| 02/12/2002 | 140 | RESPONSE regarding [139-1]; submitted fee for pro hac vice, receipt #14308 (SDB) (Entered: 02/12/2002) |
| 02/13/2002 | | FILE SUBMITTED to Judge Coffman for hearing (ARK) (Entered: 02/13/2002) |
| 02/14/2002 | 141 | ORDER by Judge Jennifer B. Coffman; construing letter as a pro se motion for modification; denying motion for modification of pre-trial detention conditions [0-1] (cc: all counsel, USM, USPO) (SDB) (Entered: 02/14/2002) |
| 02/19/2002 | 142 | Court's advice of right to appeal as to Eric Felix (SDB) (Entered: 02/20/2002) |
| 02/19/2002 | 143 | Court's advice of right to appeal as to Deekeisha Rose (SDB) (Entered: 02/20/2002) |
| 02/19/2002 | 144 | Court's advice of right to appeal as to Clydia D. Clark (SDB) (Entered: 02/20/2002) |
| 02/20/2002 | | FILE RETURNED (SDB) (Entered: 02/20/2002) |
| 02/21/2002 | 145 | CONDITIONS OF PROBATION AND SUPERVISED RELEASE as to defendant Deekeisha Rose by USPO (SDB) (Entered: 02/22/2002) |
| 02/21/2002 | 146 | CONDITIONS OF PROBATION AND SUPERVISED RELEASE as to defendant Eric Felix by USPO (SDB) (Entered: 02/22/2002) |
| 02/26/2002 | 147 | ORDER by Judge Jennifer B. Coffman; granting oral motion of dft; sentencing hearing previously set for 2/19/02 reset for 2:00 3/18/02 for Duane Tony Garrison before Judge Jennifer B. Coffman (cc: all |

| | | |
|---|---|---|
| | | counsel, USM, USPO) (SDB) (Entered: 02/26/2002) |
| 02/26/2002 | 148 | ORDER by Judge Jennifer B. Coffman; granting motion to reschedule sentencing now set for 2/19/02 [136-1]; sentencing hrg reset for for 2:00 3/18/02 for Joyce Victoria Smith before Judge Jennifer B. Coffman (cc: all counsel, USM, USPO) (SDB) (Entered: 02/26/2002) |
| 02/26/2002 | 149 | ORDER by Judge Jennifer B. Coffman; sentencing hrg held 2/19/02 as to Eric Felix; Peggy Weber C/R; dft's memo (DN 132) is construed as a motion for downward departure; denying motion downward departure by Eric Felix [132-1] (cc: all counsel, USM, USP) (SDB) (Entered: 02/26/2002) |
| 02/26/2002 | 150 | ORDER by Judge Jennifer B. Coffman granting motion for attorney Kevin M. Schad to appear pro hac vice [138-1] (cc: all counsel, USM, USPO) (SDB) (Entered: 02/26/2002) |
| 02/26/2002 | 151 | ORDER by Judge Jennifer B. Coffman granting motion for attorney substitution, substitute Mark Chandler for Kevin Schad [137-1] terminating attorney Mark D. Chandler for Joyce Victoria Smith; Attorney Kevin Schad substituted (cc: all counsel, USM, USPO) (SDB) (Entered: 02/26/2002) |
| 02/26/2002 | | Calendar Update (utility event); sentencing hearing held on 2/19/02 per DN 149 (SDB) (Entered: 02/26/2002) |
| 02/26/2002 | 152 | CONDITIONS OF PROBATION AND SUPERVISED RELEASE as to defendant Clydia D. Clark by USPO (SDB) (Entered: 02/26/2002) |
| 02/26/2002 | | BEGIN VOLUME # 3 with DN 151 (SDB) (Entered: 04/11/2002) |
| 02/27/2002 | 153 | JUDGMENT and COMMITMENT entered by Judge Jennifer B. Coffman as to Deekeisha Rose; sentencing hearing held on 2/19/02 ; sentencing dft as to count 1s-Imprisonment 12 months and 1 day; Supervised Release 3 years; SPA $100 ; dismissing count 1 of original indictment as to dft; terminating party Deekeisha Rose (cc: all counsel, USM, USPO, Finance) (SDB) (Entered: 02/27/2002) |
| 02/27/2002 | 154 | JUDGMENT AND COMMITMENT (in Criminal Action 3:01CR-123-01-C) by Judge Jennifer B. Coffman; dismissing counts as to Adrian Alston (2) counts 1s, 1 ; terminating party Adrian Alston (cc: all counsel, USM, USPO) (SDB) (Entered: 02/27/2002) |
| 03/04/2002 | 155 | ORDER by Judge Jennifer B. Coffman; sentencing hearings previously set for 2:00 on 3/18/02 as to Joyce Victoria Smith and |

|  |  |  |
|---|---|---|
|  |  | Duane Tony Garrison are rescheduled for 11:00 am 3/18/02 at Louisville (cc: all counsel, USM, USPO) (SDB) (Entered: 03/04/2002) |
| 03/04/2002 |  | (SDB) (Entered: 03/04/2002) |
| 03/04/2002 | 156 | JUDGMENT and COMMITMENT entered by Judge Jennifer B. Coffman as to Clydia D. Clark; sentencing hearing held on 2/19/02 ; sentencing dft as to counts 1s, 2s- Imprisonment 19 months (concurr); Supervised Release 5 years (concurr); SPA $200 ; dismissing counts 1, 2 ; terminating party Clydia D. Clark (cc: all counsel, USM, USPO, Finance) (SDB) (Entered: 03/04/2002) |
| 03/04/2002 | 157 | JUDGMENT and COMMITMENT entered by Judge Jennifer B. Coffman as to Eric Felix; sentencing dft as to count 1-Imprisonment 60 months; Supervised Release 5 years; SPA $100 ; terminating party Eric Felix (cc: all counsel, USM, USPO, Finance) (SDB) (Entered: 03/04/2002) |
| 03/06/2002 | 158 | CONDITIONS OF PROBATION AND SUPERVISED RELEASE as to defendant Deekeisha Rose by USPO (SDB) (Entered: 03/07/2002) |
| 03/12/2002 | 159 | MOTION to reschedule sentencing hrg currently set for 11:00 am on 3/18/02 to either 2:00 pm or after on 3/18/02 or to another date by Joyce Victoria Smith (SDB) (Entered: 03/12/2002) |
| 03/12/2002 | 160 | NOTICE OF DEFICIENCY: submit proposed order for DN 159; failure to comply will be brought to the attention of the Court; response to notice of deficiency due 3/17/02 (cc: Kevin M. Shad) (SDB) (Entered: 03/12/2002) |
| 03/12/2002 |  | RESPONSE TO NOTICE OF DEFICIENCY by cnsl for defendant Joyce Victoria Smith [56-1], submitted proposed order; response to ntc. of deficiency satisfied 3/12/02 (SDB) (Entered: 03/12/2002) |
| 03/13/2002 | 161 | RESPONSE by plaintiff USA to motion to reschedule sentencing hrg currently set for 11:00 am on 3/18/02 to either 2:00 pm or after on 3/18/02 or to another date [159-1]; NO OBJECTION (SDB) (Entered: 03/14/2002) |
| 03/15/2002 | 162 | ORDER by Judge Jennifer B. Coffman granting motion to reschedule sentencing hrg currently set for 11:00 am on 3/18/02 [159-1] ; sentencing hearing rescheduled for 10:00 4/15/02 for Joyce Victoria Smith, for Duane Tony Garrison before Judge Jennifer B. Coffman (cc: all counsel, USM, USPO) (PAC) (Entered: 03/15/2002) |

| | | |
|---|---|---|
| 03/18/2002 | 163 | ORDER by Judge Jennifer B. Coffman warrant issued for Deekeisha Rose (cc: all counsel, USM, USPO) (TLB) (Entered: 03/18/2002) |
| 03/27/2002 | 165 | ARREST Warrant returned executed as to defendant Deekeisha Rose; defendant arrested on 3/26/02 (SDB) (Entered: 03/28/2002) |
| 03/28/2002 | 164 | ORDER by Mag Judge C. C. Gambill; I/A on pet on bond supervision and warrant for arrest as to Deekeisha Rose on 3/27/02; bond revocation hearing set for 10:00 3/28/02 for Deekeisha Rose before Mag Judge C. C. Gambill ; dft ordered held in custody of USM (cc: all counsel, USM, USPO) (SDB) (Entered: 03/28/2002) |
| 03/28/2002 | 166 | WAIVER of bond revocation hrg by defendant Deekeisha Rose (SDB) (Entered: 03/28/2002) |
| 03/29/2002 | 167 | MOTION to continue sentencing hrg recently rescheduled from 3/18/02 to 4/15/02 at 10:00 to 5/21/02 by Duane Tony Garrison (SDB) (Entered: 03/29/2002) |
| 04/01/2002 | 168 | ORDER by Mag Judge C. C. Gambill; bond hearing held on 3/28/02 as to Deekeisha Rose ; dft's bond is revoked; dft is remanded to custody of USM pending transfer to designated facility (cc: all counsel, USM, USPO) (SDB) (Entered: 04/01/2002) |
| 04/08/2002 | 170 | CONDITIONS OF PROBATION AND SUPERVISED RELEASE as to defendant Clydia D. Clark by USPO (MLG) (Entered: 04/09/2002) |
| 04/09/2002 | 169 | RESPONSE by plaintiff USA to motion to continue sentencing hrg recently rescheduled from 3/18/02 to 4/15/02 at 10:00 to 5/21/02 [167-1]--NO OBJECTION. (ARK) (Entered: 04/09/2002) |
| 04/09/2002 | 171 | ORDER by Judge Jennifer B. Coffman denying dft Duane Tony Garrison's motion to continue sentencing hrg scheduled for 4/15/02 at 10:00 [167-1] (cc: all counsel, USM, USPO) (TLB) Modified on 04/24/2002 (Entered: 04/09/2002) |
| 04/09/2002 | 172 | JUDGMENT and Commitment returned executed on 4/2/02 as to Eric Felix (6) count(s) 1 (SDB) (Entered: 04/10/2002) |
| 04/11/2002 | | FILE SUBMITTED to Judge Coffman in Louisville for hrg. (ARK) (Entered: 04/11/2002) |
| 04/11/2002 | 173 | MEMORANDUM RE SENTENCING by defendant Joyce Victoria Smith (SDB) (Entered: 04/11/2002) |

| 04/15/2002 | | FILE RETURNED (ARK) (Entered: 04/15/2002) |
|---|---|---|
| 04/15/2002 | 174 | CONDITIONS OF PROBATION AND SUPERVISED RELEASE as to defendant Joyce Victoria Smith by USPO (SDB) (Entered: 04/16/2002) |
| 04/15/2002 | 175 | Court's advice of right to appeal as to Joyce Smith (SDB) (Entered: 04/16/2002) |
| 04/15/2002 | 176 | Court's advice of right to appeal as to Duane Garrison (SDB) (Entered: 04/16/2002) |
| 04/15/2002 | 177 | MOTION for preliminary order of forfeiture as to Joyce Victoria Smith by USA (SDB) (Entered: 04/16/2002) |
| 04/16/2002 | 178 | PRELIMINARY ORDER OF FORFEITURE as to Joyce Victoria Smith by Judge Jennifer B. Coffman granting motion for preliminary order of forfeiture as to cash and jewelry [177-1] (cc: all counsel, USM, USPO) (SDB) (Entered: 04/16/2002) |
| 04/17/2002 | 179 | CONDITIONS OF PROBATION AND SUPERVISED RELEASE as to defendant Duane Tony Garrison by USPO (SDB) (Entered: 04/17/2002) |
| 04/18/2002 | 180 | JUDGMENT and Commitment returned executed on 4/11/02 as to Deekeisha Rose (5) count(s) 1s (SDB) (Entered: 04/19/2002) |
| 04/19/2002 | 181 | TRANSCRIPT of change of plea hrg before Judge Jennifer B. Coffman on 10/15/01 as to dfts Smith, Alston, Garrison, Clark, Rose and Felix (SDB) (Entered: 04/19/2002) |
| 04/22/2002 | 182 | JUDGMENT and COMMITMENT entered by Judge Jennifer B. Coffman as to Duane Tony Garrison; sentencing hearing held on 4/15/02 ; sentencing dft as to counts 1s, 4s, 5s and 7s-Imprisonment 130 months (concurr); Supervised Release 5 years as to each of Counts 1s, 4s and 5s and 3s years as to Count 7s (concurr) for a total term 5 years; SPA $400 ; terminating party Duane Tony (cc: all counsel, USM, USPO, Finance) (SDB) Modified on 04/22/2002 (Entered: 04/22/2002) |
| 04/22/2002 | 183 | JUDGMENT and COMMITMENT entered by Judge Jennifer B. Coffman as to Joyce Victoria Smith; sentencing hearing on 4/15/02 ; sentencing dft as to counts 1s-4s, 6s and 8s-Imprisonment 135 months (concurr); Supervised Release 5 years (concurr); SPA $500 ; dismissing counts 1-8 and 5s ; case terminated (cc: all counsel, USM, |

| | | |
|---|---|---|
| | | USPO, Finance) (SDB) (Entered: 04/22/2002) |
| 04/22/2002 | | Docket Modification (Utility) dismissing counts 1,4,5,7 as to Duane Tony Garrison (3) count(s) (SDB) (Entered: 04/22/2002) |
| 05/03/2002 | 184 | JUDGMENT and Commitment returned executed on 4/22/02 as to Clydia D. Clark (4) count(s) 1s, 2s (SDB) (Entered: 05/06/2002) |
| 05/06/2002 | 185 | MOTION to modify conditions of release by Joyce Victoria Smith (SDB) (Entered: 05/07/2002) |
| 05/06/2002 | 186 | NOTICE OF DEFICIENCY: Type of Deficiency: proposed order missing from DN 185; failure to comply will be brought to the attention of the Court; response to notice of deficiency due 5/11/02 (cc: Kevin M. Schad) (SDB) (Entered: 05/07/2002) |
| 05/09/2002 | | RESPONSE TO NOTICE OF DEFICIENCY by cnsl for defendant Joyce Victoria Smith [56-1]; response to ntc. of deficiency satisfied 5/9/02 (SDB) (Entered: 05/10/2002) |
| 05/13/2002 | 187 | MOTION to extend time yo 6/28/02 to report to institution by Joyce Victoria Smith (MLG) (Entered: 05/13/2002) |
| 05/16/2002 | 188 | RESPONSE by plaintiff USA to motion to modify conditions of release [185-1] (SDB) (Entered: 05/17/2002) |
| 05/24/2002 | 189 | ORDER by Judge Jennifer B. Coffman; granting motion to extend time to 2:00 6/28/02 to report to institution [187-1] (cc: all counsel, USM, USPO) (SDB) (Entered: 05/24/2002) |
| 05/24/2002 | 190 | RESPONSE by plaintiff USA regarding [187-1]; no objection (SDB) (Entered: 05/28/2002) |
| 06/04/2002 | 191 | ORDER by Judge Jennifer B. Coffman; denying motion to modify conditions of release [185-1] (cc: all counsel, USM, USPO) (SDB) (Entered: 06/04/2002) |
| 07/09/2002 | 192 | PUBLIC NOTICE by plaintiff USA as to Joyce Victoria Smith regarding cash and jewelry (SDB) (Entered: 07/09/2002) |
| 07/12/2002 | | RETURN OF SERVICE executed upon defendant Joyce Victoria Smith on 6/18/02 (PAC) (Entered: 07/15/2002) |
| 07/12/2002 | | RETURN OF SERVICE executed upon defendant Joyce Victoria Smith c/o Kevin M. Schad on 6/18/02 (PAC) (Entered: 07/15/2002) |

| | | |
|---|---|---|
| 07/12/2002 | | RETURN OF SERVICE as to $6,970.00 in US currency c/o USM executed on 5/31/02 (PAC) (Entered: 07/15/2002) |
| 07/12/2002 | | RETURN OF SERVICE as to Assorted Jewlery c/o USM executed on 5/31/02 (PAC) (Entered: 07/15/2002) |
| 07/16/2002 | 193 | JUDGMENT and Commitment returned executed on 6/28/02 as to Joyce Victoria Smith (1) count(s) 1s, 2s, 3s, 6s, 4s, 8s (SDB) (Entered: 07/17/2002) |
| 08/20/2002 | 194 | MOTION for final decree and order of forfeiture by USA ; order tendered (PAC) (Entered: 08/21/2002) |
| 09/04/2002 | | FILE SUBMITTED to Judge Coffman re#194. (ARK) (Entered: 09/04/2002) |
| 12/26/2002 | | FILE SUBMITTED to Judge Coffman's Chambers (SDB) (Entered: 12/26/2002) |
| 12/31/2002 | | FILE RETURNED (SDB) (Entered: 12/31/2002) |
| 12/31/2002 | 195 | ORDER by Judge Jennifer B. Coffman granting motion for final decree and order of forfeiture [194-1] (cc: USA-2 certif.) (SDB) (Entered: 12/31/2002) |
| 02/12/2003 | 196 | JUDGMENT and Commitment returned executed on 5/16/02 as to Duane Tony Garrison (3) counts 1s, 4s, 5s, 7s (SDB) (Entered: 02/12/2003) |
| 04/10/2003 | | Docket Modification (Utility) finding the order to show cause notice [139-1] moot. finding the order to show cause notice [160-1] moot. finding the order to show cause notice [186-1] moot. (PJH) (Entered: 04/10/2003) |
| 05/02/2003 | | Process Receipt and Return executed on 3/29/03 re final order of forfeiture (TLB) (Entered: 05/02/2003) |
| 05/02/2003 | | Process Receipt and Return executed on 1/8/03 (TLB) (Entered: 05/02/2003) |
| 10/07/2003 | ◑197 | MOTION to Reduce Sentence by Joyce Victoria Smith, pro se. Responses due by 10/27/2003. (SDB) (Entered: 10/07/2003) |
| 11/04/2003 | | ***FILE SUBMITTED to Judge Coffman/Lelia,--- Motion Submission as to Joyce Victoria Smith re 197 -- MOTION to Reduce |

| | | Sentence (ARK) (Entered: 11/04/2003) |
|---|---|---|
| 11/07/2003 | ◑198 | ORDER by Jennifer B. Coffman on 11/5/2003; denying 197 Motion to Reduce Sentence as to Joyce Victoria Smith. (TB) (Entered: 11/07/2003) |
| 11/01/2004 | ◑199 | ORDER by Jennifer B. Coffman on 10/26/04; as to Eric Felix, purs to 18:3605, transferring juris of probationer or supervised releasee to CDIL upon acceptance of juris. (SDB) (Entered: 11/01/2004) |
| 11/01/2004 | ◑200 | NOTICE to CDIL at Urbana re 199 Order transferring juris as to Eric Felix upon acceptance. (SDB) (Entered: 11/01/2004) |
| 11/11/2004 | ◑201 | Probation/Supervised Release Jurisdiction Transferred to CDIL at Urbana as to Eric Felix Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (SDB) (Entered: 11/11/2004) |
| 11/11/2004 | ◑202 | NOTICE to CDIL at Urbana re 201 Transfer Out/Probationer/Supervised Release as to Eric Felix. (SDB) (Entered: 11/11/2004) |